**No. P66/95.**—Swisstone Corp. and Rohner Gehrig & Co., Inc., et al. v. United States, protests 64/18096, etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of ballerina dolls similar in all material respects to those the subject of *Canton Son, Inc. v. United States* (48 Cust. Ct. 398, Abstract 66652), the claim of the plaintiffs was sustained.

**No. P66/96.**—William A. Rogers, Inc. v. United States, protest 65/6118–14679 (Chicago).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.